<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7809**

———————————

MELVIN AVON THOMAS,

                                   Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                   Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
03-3039-1-CCB)

———————————

Submitted:  May 27, 2004                   Decided:  June 2, 2004

———————————

Before WIDENER, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Melvin Avon Thomas, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin Avon Thomas appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thomas v. United States, No. CA-03-3039-1-CCB (D. Md. filed Nov. 3, 2003 & entered Nov. 4, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED